PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:14CR00021-TOR-3

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00177-JCM-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kory A.J. Hall<br>3663 West Cactus Avenue<br>Las Vegas, Nevada  89141 | Eastern District of Washington | U.S. Probation Office |

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON

JUNE 13 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**NAME OF SUPERVISING JUDGE**
Thomas O. Rice, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/23/2022 | TO 12/22/2025 |
|---|---|---|

**OFFENSE**
Conspiracy to Distribute Oxycodone Hydrochloride,

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 11, 2025
*Date*

*signature* Thomas O. Rice
*Thomas O. Rice*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   _____   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 16, 2025
*Effective Date*

*signature* James C. Mahan
*United States District Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Kory A.J. Hall

Case No.:  TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

June 13, 2025

TO: U.S. District Judge:

On November 15, 2015, Kory Hall was sentenced by the Honorable United States District Chief Judge, Rosanna Malouf Peterson, in the Eastern District of Washington to 100 months custody followed by three (3) years of supervised release for committing the offense Conspiracy to Distribute Oxycodone Hydrochloride, in Docket Number: 2:14-cr-00021-RMP. On October 18, 2021, a prerelease request was accepted to reside in the District of Nevada at his friend's home in Las Vegas.

On December 23, 2022, Hall commenced supervision in the District of Nevada. His supervision is scheduled to expire on December 22, 2025.

On June 11, 2025, the undersigned officer requested the transfer of jurisdiction for Hall from the Eastern District of Washington.

On June 11, 2025, the Honorable Rosanna Malouf Peterson initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Hall's case. The Honorable Rosanna Malouf Peterson has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Approved:                                              Respectfully submitted,

_____        _____
Donnette Johnson                                    Nickie Pipilakis
Supervisory United States Probation Officer        United States Probation Officer